IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Criminal No. 06- 40065 |
| ) | |
| v. ) | VIO: Title 18, United States Code, |
| ) | Section 13; 625 ILCS 5/6-303 |
| TIMOTHY J. PAYNE JR. ) | |
| ) | |
| Defendant, ) | |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

**FILED**
**JUL 0 6 2006**
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

COUNT I

On or about June 21, 2006, in the Central District of Illinois, the defendant,

**TIMOTHY J. PAYNE JR.**

did drive a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, while his privileges to operate a motor vehicle were suspended in Iowa, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/6-303 and in violation of Title 18, United States Code, Section 13.

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:    /S/ Mary L. Fuhr
MARY L. FUHR
SPECIAL ASSISTANT U.S. ATTORNEY
Rock Island Arsenal
Rock Island, IL 61299-5000
Telephone: 309/782-8443

1